In the Matter of ADULT HOME AT ERIE STATION, INC., Respondent, v ASSESSOR AND BOARD OF ASSESSMENT REVIEW OF CITY OF MIDDLETOWN et al., Appellants.

Submitted November 5, 2007; decided November 15, 2007

Reported below, 36 AD3d 699.

Motion by New York Association of Homes and Services for the Aging for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days. Cross motion to strike denied.

In the Matter of SUSAN BABA, Appellant, v MARTIN EVANS et al., Respondents.

Submitted September 10, 2007; decided November 15, 2007

Reported below, 2007 NY Slip Op 73889(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

BI-ECONOMY MARKET, INC., Appellant, v HARLEYSVILLE INSURANCE COMPANY OF NEW YORK et al., Respondents.

Submitted October 22, 2007; decided November 15, 2007

Reported below, 37 AD3d 1184.

Motion by New York Insurance Association et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.